IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| PLAINTIFF(S) <br> William Barnes <br><br> -v- <br><br> DEFENDANT(S) <br> Charleston School of Law, <br> Baker Donelson Bearman Caldwell & <br> Berkowitz, P.C. Jennifer Curry, Margaret <br> Lawton  and John Does 1-5. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO.:     2:25-cv-13080-DCN <br><br><br> **Plaintiff's Rule 26.01 Responses** |

(A) **State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

**Response:** At this time, Plaintiff is not aware of any person or entity having a subrogation interest in the claims asserted herein. Discovery is ongoing, and Plaintiff reserves the right to supplement this response as additional information becomes known.

(B) **As to each claim, state whether it should be tried jury or non-jury and why.**

**Response:** Plaintiff demands a jury trial on all issues so triable under Rule 38 of the Federal Rules of Civil Procedure. The claims for damages under Title IX, 42 U.S.C. § 1983, and state-law torts are triable by jury as of right.

(C) **State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.**

**Response:** Plaintiff William Barnes is an individual and not a publicly owned company. None of the above categories apply.

(D) **State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

**Response:** Venue is proper in the Charleston Division because the Charleston School of Law is located within this division, and a substantial part of the events giving rise to the claims—including the Title IX proceedings, investigation, and expulsion—occurred in Charleston County, South Carolina.

(E) **Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide the short caption, case number, an explanation of how the matters are related, and the status of the related action.**

**Response:** Plaintiff is not aware of any related civil or criminal matters currently pending in this District.

(F) **[Defendants only] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

**Response:** Not applicable to Plaintiff.

(G) **If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

**Response:** Plaintiff presently contends that all Defendants named in the Complaint are jointly and severally liable for the injuries and damages alleged. Discovery may reveal additional parties whose acts or omissions contributed to the harm, and Plaintiff reserves the right to amend accordingly.

Dated: October 22, 2025                    /s/ Myesha Harrell

                                                                    Myesha Harrell, Esquire
Pro Hac Vice to be applied for
RSA Battle House Tower 11
North Water Street - 10th Floor
Mobile, AL 36602
856-652-2000 – Phone
mharrel@lentolawgroup.com
*Attorney for Plaintiffs*